JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
38 Corporate Park, Suite B
Irvine, CA 92714
714/474-2055
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
      Plaintiff,

v.

JON NATHAN BARTON,

      Defendant(s).

COURT NO: 93A 30223

DEFAULT JUDGMENT

FILED NOV 25 1994 CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

ENTERED NOV 25 1994 CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from JON NATHAN BARTON the sum of $4,850.00 as principal, $4,497.30 as accrued prejudgment interest, $107.00 administrative charges, and $124.00 costs, plus $685.00 attorney fees for a total amount of $10,263.30, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: NOV 25 1994

FRANK E. GOODROE, CLERK
U.S. District Court
Central District of California

By: _____
Deputy Clerk